UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY TODD EVERHART, DEBORAH FRAZIER, and JOSEPH FRAZIER,<br><br>Plaintiffs,<br><br>vs.<br><br>COLONIAL PIPELINE COMPANY<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO 1:21-CV-3559-MHC |

## J U D G M E N T

This action having come before the Court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendant's motion to dismiss, with the court having granted said motion in part, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **DISMISSED.**

Dated at Atlanta, Georgia, this 22nd day of July, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   /s/ T. Frazier
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 22, 2022
Kevin P. Weimer
Clerk of Court

By:  /s/ T. Frazier
         Deputy Clerk